**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300
Attorneys for Defendant/Counterclaim Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, SANOFIAVENTIS DEUTSCHLAND GMBH, and SANOFI WINTHROP INDUSTRIE,<br><br>      Plaintiffs/ Counterclaim Defendants,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>      Defendant/ Counterclaim Plaintiff. | C.A. No. 2:17-cv-05914 (SRC)(CLW)<br><br>**NOTICE OF MOTION**<br><br>**(RETURNABLE NOVEMBER 5, 2018)** |

 **TO:**   Liza M. Walsh, Esq.
Christine I. Gannon, Esq.
Katelyn O'Reilly, Esq.
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law;
cgannon@walsh.law;
koreilly@walsh.law
*Attorneys for Plaintiffs/ Counterclaim Defendants*

100823378.1

-2-

**COUNSEL:**

**PLEASE TAKE NOTICE** that on November 5, 2018, or as soon thereafter as counsel may be heard, Defendant/Counterclaim Plaintiff Merck Sharp & Dohme Corp. ("Defendant"), through its undersigned attorneys, shall move before the Honorable Stanley R. Chesler, U.S.D.J., at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, NJ 07101for an Order granting Party Defendant's Motion Under Fed. R. Civ. P. 12(b)(1) to Dismiss Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction; and

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Defendant shall rely upon the Brief in Support of its Motion, submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument if Plaintiffs oppose the motion and the Certification of Gregory D. Bonifield, submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid, Defendant will request that the proposed form of Order submitted herewith be entered by the Court.

        *s/ Richard H. Brown*
        Richard H. Brown
        **DAY PITNEY LLP**
        One Jefferson Road
        Parsippany, NJ  07054-2891
        (973) 966-6300
        rbrown@daypitney.com

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        Raymond N. Nimrod
        Gregory D. Bonifield
        John P. Galanek
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        Tel: 212-849-7000
        raynimrod@quinnemanuel.com
        gregbonifield@quinnemanuel.com

        *Attorneys for Defendant*

Dated:  October 12, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the within Notice of Motion and all supporting papers were filed electronically via the court's Electronic Case Filing System ("ECF") and were served on counsel of record electronically via ECF and also sent to them via email on this date.

s/ Richard H. Brown
RICHARD H. BROWN

Dated:  October 12, 2018